## No. 7348.

## CAROLINE GILLESPIE ET AL. vs. W. H. TWITCHELL ET AL.

In an action to annul a partition sale and the judicial proceedings that preceded it, and to recover the property conveyed thereby, all parties to the proceedings, and all persons holding the property under the sale, and interested in maintaining it, should be brought before the court.

APPEAL from the District Court for Red River. PIERSON, J.

*J. F. Pierson*, *J. H. Pierson* anb *Egan & Ogden* for Plaintiffs Appellants. *L. B. Watkins* for Defendants.

The Starlight Plantation had been acquired through certain judicial proceedings resulting in a sale for partition, by M. H. Twitchell, while his wife was living. She dying and leaving a child, Twitchell transferred his interest to his mother. This suit is against him and his transferee, and is to annul the sale and the proceedings that led thereto. The defendants excepted that the minor child was not made a party. It was referred to the merits and the whole case tried, but in this court the exception was sustained.

SPENCER, J., delivered the opinion reversing the judgment and remanding the case.